AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSIAH COLT | ) | Case: 1:21-mj-00021 |
| | ) | Assigned to: Judge Harvey, G Michael |
| | ) | Assign Date: 1/09/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached Statement of Facts

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew J. Gano, Special Agent

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: ____01/09/2021____

G. Michael Harvey
2021.01.09 16:55:49 -05'00'

_Judge's signature_

City and state: ____Washington, DC____

G. Michael Harvey, United States Magistrate Judge

_Printed name and title_

| Print | Save As... | Attach | Reset |